# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: HUMIRA (ADALIMUMAB) ANTITRUST LITIGATION | Case No. 1:19-cv-1873<br><br>Hon. Manish S. Shah<br>Magistrate Judge Jeffrey Cummings |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF DAVID C. GIARDINA

Pursuant to Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, Defendant Amgen Inc. ("Amgen"), by and through its attorneys, Sidley Austin LLP ("Sidley"), moves for leave to withdraw attorney David C. Giardina from representing its interest in the above-captioned matter and in support states as follows:

1. Mr. Giardina will leave his employment at Sidley Austin LLP as of December 31, 2021.

2. Amgen will not be prejudiced by Mr. Giardina's withdrawal as other Sidley attorneys have an appearance on file for Amgen, and the firm will continue to represent Amgen in this matter.

3. Permitting Mr. Giardina to withdraw will not delay the present case and is not otherwise inequitable.

WHEREFORE, Amgen respectfully requests the Court grant this motion, allow Amgen to withdraw Mr. Giardina's appearance as attorney for Amgen, and remove Mr. Giardina from the notice list on this case.

Dated: December 22, 2021

Respectfully submitted,

*/s/ David C. Giardina*
David C. Giardina
dgiardina@sidley.com
Bruce R. Braun
bbraun@sidley.com
Steven J. Horowitz
shorowitz@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000

*Counsel for Defendant Amgen Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2021, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

*/s/ David C. Giardina*
David C. Giardina