# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**



August 1, 2022

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 20-2402 | MAYOR AND CITY COUNCIL OF BALTIMORE, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>ABBVIE INC., et al.,<br>Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:19-cv-01873
Northern District of Illinois, Eastern Division
District Judge Manish S. Shah

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)